UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00646-FDW-DSC

| | |
|---|---|
| CARLA MATTHEWS and LASERE REID-SMITH, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CLOUD 10 CORP., a Delaware corporation,<br><br>　　　　Defendant. | ORDER |

THIS MATTER is before the Court on the Plaintiffs' Revised Proposed Notice (Doc. No. 25). The Court has reviewed the Notice and hereby approves such Notice to be served in accordance with the terms set forth by the Court's prior orders in this case.

IT IS SO ORDERED.

Signed: March 6, 2015

Frank D. Whitney
Chief United States District Judge